**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GARY NORRIS,

    Plaintiff,

v.    Case No: 8:12-cv-2562-T-30AEP

BAY WEST REAL ESTATE CO., INC.,

    Defendant.

---

ORDER

    The Court has been advised via Plaintiff's Notice of Settlement (Dkt. #16) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 22nd day of August, 2013.

    */s/ James S. Moody, Jr.*
    JAMES S. MOODY, JR.
    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record